United States District Court
Southern District of Texas
**ENTERED**
February 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PORTER CHEMMIS, § § Plaintiff, § VS. § § RST GLOBAL SOLUTIONS GULF OF § MEXICO LLC, § § Defendant. § | CIVIL ACTION NO. 4:17-CV-836 |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. #38). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED at Houston, Texas, this ___6th___ day of February, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE